Exhibit A



Exhibit B

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,043,730**

**Registered Oct. 25, 2011**

GLOBEFILL INCORPORATED (CANADA CORPORATION)
309 ALFRED STREET
KINGSTON, ONTARIO, CANADA K7L3S4

**Int. Cl.: 33**

FOR: ALCOHOLIC BEVERAGES, NAMELY, VODKA, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF A CONFIGURATION OF A BOTTLE IN THE SHAPE OF A SKULL.
THE BOTTLE CAP IS SHOWN IN DOTTED LINES AND IS NOT A PART OF THE MARK.

SER. NO. 77-967,530, FILED 3-24-2010.

SARA BENJAMIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

Exhibit C

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-766-939**

**Effective date of
registration:**

April 11, 2011

## Title

| | |
|---|---|
| **Title of Work:** | Skull Bottle Packaging |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2007 | | |
| **Date of 1st Publication:** | September 30, 2008 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■   **Author:** | Bruni Glass Packaging, Inc. |
| **Author Created:** | sculpture/3-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Canada |
| ■   **Author:** | Vetrerie Bruni S.p.A. |
| **Author Created:** | sculpture/3-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Italy |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Globefill Incorporated |
| | 366 King Street East, Kingston, K7K 6Y3, Canada |
| **Transfer Statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Sculpture based on drawings by John Alexander |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Baker & Hostetler LLP |
| **Name:** | John H. Weber |
| **Email:** | trademarks@bakerlaw.com |
| **Address:** | 1050 Connecticut Avenue, N.W. |
| | Suite 1100 |
| | Washington, DC 20036  United States |

**Telephone:** 202-861-1500

## Certification

| | |
|---|---|
| **Name:** | Kelu L. Sullivan |
| **Date:** | April 11, 2011 |
| **Applicant's Tracking Number:** | 083108- |

**Correspondence:** Yes



Exhibit D

US00D589360S

(12) **United States Design Patent**
Alexander

(10) Patent No.: **US D589,360 S**
(45) Date of Patent: \*\* **Mar. 31, 2009**

(54) **BOTTLE**

(75) Inventor: **John Alexander**, New York, NY (US)

(73) Assignee: **Globefill Inc.**, Ontario (CA)

(\*\*) Term: **14 Years**

(21) Appl. No.: **29/303,016**

(22) Filed: **Jan. 30, 2008**

(30) **Foreign Application Priority Data**

Feb. 10, 2007   (CA) ...................................... 122529

(51) **LOC (9) Cl.** ............................................... **09-01**
(52) **U.S. Cl.** ....................................................... **D9/626**
(58) **Field of Classification Search** .......... D7/514–517;
D9/600–601, 614, 620, 623–626; D11/128;
D21/658–661
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D23,399 S   \*   6/1894   Lee ............................... D9/626
D420,903 S   \*   2/2000   Liberty ......................... D9/625
D459,213 S   \*   6/2002   Buboltz et al. ............... D9/626

D483,905 S   \*   12/2003   Berounsky ................. D26/126

\* cited by examiner

*Primary Examiner*—Sandra Morris
(74) *Attorney, Agent, or Firm*—Baker & Hostetler LLP

(57) **CLAIM**

The ornamental design for a bottle, as shown and described.

**DESCRIPTION**

FIG. **1** is a left side perspective view of the bottle, particularly showing the inventive design thereof, the skull is transparent, but is not shown for ease of illustration;

FIG. **2** is a front view of the bottle shown in FIG. **1**;

FIG. **3** is a rear view of the bottle shown in FIG. **1**;

FIG. **4** is a left side view of the bottle shown in FIG. **1**, the right side view of the bottle being a mirror image thereof;

FIG. **5** is a top view of the bottle shown in FIG. **1**, the skull is transparent, but is not shown for ease of illustration; and,

FIG. **6** is a bottom view of the bottle shown in FIG. **1**, the skull is transparent, but is not shown for ease of illustration.

The broken line showing is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 6 Drawing Sheets**





**FIG. 1**



# FIG. 2



# FIG. 3



**FIG. 4**



# FIG. 5



# FIG. 6

Exhibit E



Glass Skull with Cocktail Mixer: Lime, Strawberr... : Target



sign in / account    my store ⌄    weekly ad    gift cards    registries    TargetLists    REDcard ⌄

☰ shop all categories     all ▾ [                    ] 🔍      🛒 0  in your cart

Target › grocery & essentials › beverages › drink mixes

# Glass Skull with Cocktail Mixer: Lime, Strawberry & Bloody Mary 25 oz 3 assorted

## see store for price
reg: $7.99  (save 5%)

quantity:

–          +

add to cart                         not sold online

**find in a store**

**notes**          Prices, promotions, styles and availability may vary by store and online.
                          View our return policy.

add to registry      add to list      share

## overview          guest reviews          shipping & returns

recently viewed items ›

**Target stores**
find a store
clinic

**about Target**
company info & press
careers

**ways to save**
weekly ads
coupons

**help**
see all help
accessibility

**the REDcard**
card benefits
how to apply

http://www.target.com/p/glass-skull-with-cocktail-mixer-lime-strawberry-bloody-mary-25-oz-3-assorted/-/A-15515101#prodSlot=medium_1_8&term=drink+mixer[10/3/2014 2:06:28 PM]

Exhibit F

1   C. Dennis Loomis, Bar No. 82359
    BAKER & HOSTETLER LLP
2   11601 Wilshire Boulevard, Suite 1400
    Los Angeles, California 90025-7120
3   Telephone: (310) 820-8800
    Facsimile: (310) 820-8859
4   Email:    cdloomis@bakerlaw.com

5   Attorneys for Plaintiff
    GLOBEFILL INCORPORATED, a Canadian
6   corporation

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                 SACV14-1486 DOC (DFMx)

11  GLOBEFILL INCORPORATED, a          Case No.
    Canadian corporation,
12                                     **COMPLAINT FOR DAMAGES
                 Plaintiff,            AND INJUNCTIVE RELIEF FOR
13                                     TRADEMARK INFRINGEMENT
        v.                             AND UNFAIR COMPETITION**
14
    COASTAL COCKTAILS, INC.,
15
                 Defendant.            **DEMAND FOR JURY TRIAL**
16

17                      **COMPLAINT**

18      Globefill Incorporated, by its attorneys, as its complaint against Defendant

19  Coastal Cocktails, Inc. ("Defendant"), alleges as follows:

20              **PARTIES AND JURISDICTION**

21      1.    Globefill Incorporated (hereinafter "Globefill"), is a Canadian

22  corporation with its principal place of business at 333 Eglinton Avenue East,

23  Toronto, Ontario, Canada M4P 1L7.

24      2.    Upon information and belief, defendant Coastal Cocktails, Inc. is a

25  California company with its principal place of business at 151 Kalmus Drive, Suite

26  H6, Costa Mesa, California 92614.

27      3.    This is an action for trademark infringement and for related claims of

28  unfair competition under the Lanham Act, 15 U.S.C. §§ 1114(1) and 1125(a) (as

                              COMPLAINT FOR DAMAGES AND INJUNCTIVE
                              RELIEF FOR TRADEMARK INFRINGEMENT

605105137.4

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

FILED
2014 SEP 15 PM 3:56
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

amended). This Court has jurisdiction of this action under 28 U.S.C. §1331, 1332, 1338 (a)-(b) and 1367(a). Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(a).

## STATEMENT OF FACTS

4. Globefill produces and sells an ultra-premium vodka in bottle packaging in the shape of a skull, as depicted in Exhibit A attached hereto and incorporated herein by this reference.

5. Globefill is the owner of the trade dress that consists of "a configuration of a bottle in the shape of a skull" for use in association with "alcoholic beverages, namely vodka" (hereinafter "Skull Bottle Trade Dress"). Globefill registered the Skull Bottle Trade Dress with the United States Patent and Trademark Office under Registration No. 4043730.

6. Globefill's Application to register the Skull Bottle Trade Dress was filed on March 24, 2010 and Registration No. 4043730 was issued by the U.S. Patent and Trademark Office on October 25, 2011. A true and correct copy of Globefill's Registration Certificate No. 4043730 is attached hereto as Exhibit B and incorporated herein by this reference.

7. Pursuant to 15 U.S.C. § 1057, Globefill's Registration No. 4043730, is *prima facie* evidence of Globefill's ownership of the Skull Bottle Trade Dress, of the non-functionality and inherent distinctiveness of the Skull Bottle Trade Dress, and of Globefill's exclusive right to use the Skull Bottle Trade Dress in association with the goods identified therein: "alcoholic beverages, namely vodka."

8. Upon information and belief, Coastal Cocktails advertises, markets, sells and offers for sale, in the United States, a Margarita mix packaged in skull-shaped trade dress, as shown in the true and accurate photographs attached hereto as Exhibit C and incorporated herein by this reference.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF FOR TRADEMARK INFRINGEMENT

605105137.4

## FIRST CLAIM FOR RELIEF - FEDERAL TRADEMARK
## INFRINGEMENT

9.     Globefill repeats, and incorporates herein by this reference, the allegations set forth in paragraphs 1 through 8 hereinabove.

10.     Defendant and its Margarita mix is not affiliated, connected or associated with, nor sponsored, authorized, approved or license by Globefill and/or its vodka.

11.     Upon information and belief, Defendant adopted and began using skull-shaped trade dress for its Margarita mix without the consent or knowledge of Globefill.

12.     Defendant's skull-shaped trade dress is similar to Globefill's federally registered Skull Bottle Trade Dress as both parties' trade dresses consist of skull-shaped bottle packaging for use in association with products consisting of or used in combination with distilled spirits.

13.     Upon information and belief, Globefill's Skull Bottle Trade Dress and Defendant's skull-shaped trade dress are confusingly similar and both are used in association with competing and related products that travel in identical channels of trade.

14.     Upon information and belief, Defendant's advertising, marketing, offering for sale and sale of a Margarita mix in skull-shaped trade dress is likely to cause relevant consuming public to be confused or mistaken as to whether Defendant or its Margarita mix is affiliated, connected, or associated with, or sponsored, authorized, or approved or licensed by Globefill and/or its vodka.

15.     By the acts alleged herein, Defendant has infringed Globefill's federally registered Skull Bottle Trade Dress in violation of Section 32(1) of the Lanham Act (15 U.S.C. §1114(1)).  Defendant has thereby caused, is causing and will continue to cause Globefill serious and irreparable damage for which there is

COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF FOR TRADEMARK INFRINGEMENT

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

605105137.4

1    no adequate remedy at law, and Defendant's acts will, unless enjoined by this

2    Court, continue to damage Globefill.

3        16.    Upon information and belief, the aforesaid acts of trademark

4    infringement have been undertaken with knowledge of Globefill's exclusive rights

5    to the Skull Bottle Trade Dress, and are willful, entitling Globefill to an award of

6    treble damages and attorneys' fees in bringing and maintaining this action, pursuant

7    to Section 35(b) of the Lanham Act, 15 U.S.C. §1117(b).

8        **SECOND CLAIM FOR RELIEF -  FEDERAL UNFAIR COMPETITION**

9        17.    Globefill repeats, and incorporates here by this reference, the

10   allegations set forth in paragraphs 1 through 8 and 10 through 16 hereinabove.

11       18.    Defendant's advertising, marketing, offering for sale and sale of a

12   competitive product used in combination with distilled spirits in a confusingly

13   similar skull-shaped trade dress constitutes unfair competition and false designation

14   of origin that is likely to deceive consumers.

15       19.    By the aforesaid acts, Defendant has falsely designated the origin,

16   quality and nature of its goods and business and has falsely described and

17   represented same, causing likelihood of confusion and constituting unfair

18   competition in violation of Section 43(a) of the Lanham Act (15 U.S.C. §1125(a)).

19   Defendant has thereby caused, is causing and will continue to cause Globefill

20   serious and irreparable damage for which there is no adequate remedy at law, and

21   Defendant's acts will, unless enjoined by this court, continue to damage Globefill.

22       20.    Upon information and belief, the aforesaid acts of trademark

23   infringement have been undertaken with knowledge of Globefill's exclusive rights

24   to the Skull Bottle Trade Dress, and is willful, entitling Globefill to an award of

25   treble damages and attorneys' fees in bringing and maintaining this action, pursuant

26   to Section 35(b) of the Lanham Act, 15 U.S.C. §1117(b).

27       WHEREFORE, Plaintiff Globefill requests judgment as follows:

28

- 4 -

COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF FOR TRADEMARK INFRINGEMENT

605105137.4

A.     That Defendant, along with its officers, agents, servants, employees, attorneys, confederates, and all other persons in active concert or participation with Defendant to whom notice of the injunction is given by personal service or otherwise, be enjoined, at first preliminarily and, thereafter, permanently, from making any use of any colorable imitation of Globefill's Skull Bottle Trade Dress in any manner whatsoever;

B.     That Defendant be ordered to deliver up to Globefill for destruction all materials comprising, associated with, bearing or packaged in skull-shaped trade dress;

C.     That Defendant be ordered to recall all goods, advertisements and promotional materials comprising, associated with, bearing or packaged in skull-shaped trade dress from their present locations, including, but not limited to, locations owned by others;

D.     That Defendant be required to account to Globefill for any and all profits derived by them and to compensate Globefill for all damages sustained by Globefill by reason of the acts complained of herein, and that such damages be trebled;

E.     That Defendant pay Globefill's attorneys' fees, costs, and disbursements incurred in this action in view of the exceptional nature of this case due to the willful and intentional nature of the unfair competition and false designation of origin in the nature of trade dress infringement; and

F.     For such other and further relief as the Court deems just and proper.

Dated:  September 15, 2014                    BAKER & HOSTETLER LLP

C. Dennis Loomis
Attorneys for Plaintiff
GLOBEFILL INCORPORATED, a
Canadian corporation

COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF FOR TRADEMARK INFRINGEMENT

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

605105137.4

## **JURY TRIAL DEMAND**

Plaintiff demands a jury trial as to all matters properly so tried.

Dated:   September 15, 2014                    BAKER & HOSTETLER LLP

C. Dennis Loomis
Attorneys for Plaintiff
GLOBEFILL INCORPORATED, a
Canadian corporation

COMPLAINT FOR DAMAGES AND INJUNCTIVE
RELIEF FOR TRADEMARK INFRINGEMENT

605105137.4



EXHIBIT A

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,043,730**  GLOBEFILL INCORPORATED (CANADA CORPORATION)
309 ALFRED STREET
**Registered Oct. 25, 2011**  KINGSTON, ONTARIO, CANADA K7L3S4

**Int. Cl.: 33**  FOR: ALCOHOLIC BEVERAGES, NAMELY, VODKA, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

**TRADEMARK**

THE MARK CONSISTS OF A CONFIGURATION OF A BOTTLE IN THE SHAPE OF A SKULL.
THE BOTTLE CAP IS SHOWN IN DOTTED LINES AND IS NOT A PART OF THE MARK.

**PRINCIPAL REGISTER**

SER. NO. 77-967,530, FILED 3-24-2010.

SARA BENJAMIN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

**EXHIBIT B**

<div style="border: 1px solid black;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

>    *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
>    5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
>    accepted, the registration will continue in force for the remainder of the ten-year period, calculated
>    from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
>    federal court.

>    *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and an**
>    Application for Renewal between the 9th and 10th years after the registration date.*
>    *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

>    You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
>    every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

<div style="border: 1px solid black;">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

<div style="text-align: center;">Page: 2 / RN # 4,043,730</div>

<div style="text-align: right;">**EXHIBIT B**</div>



**EXHIBIT C**

Exhibit G

Skull Bottle Mild Hot Sauce 6 oz 2 assorted : Target



sign in / account    my store ⌄    weekly ad    gift cards    registries    TargetLists    REDcard ⌄

☰ shop all categories    all ▾    🔍    🛒 0 in your cart

Target › grocery & essentials › cookies, chips & snacks › dips & spreads

# Skull Bottle Mild Hot Sauce 6 oz 2 assorted



## see store for price

quantity:

-        +

add to cart        not sold online

find in a store

notes    · Prices, promotions, styles and availability may vary by store and online.
         · View our return policy.

add to registry        add to list        share

## overview        guest reviews        shipping & returns

**popular searches**

el pato tomato sauce | old fashioned caramel dip | pineapple peach salsa | pace hot sauce | mexican mild salsa | sabra classic hummus 10 oz

Exhibit H

# SETTLEMENT AGREEMENT

THIS SETTLEMENT AGREEMENT ("Agreement"), effective from the date upon which it is fully executed ("Effective Date"), is made by and between Globefill Incorporated, a company organized under the laws of Canada, having a place of business at 333 Eglinton Avenue East, Toronto, Ontario, Canada M4P 1L7 (hereinafter referred to as "Globefill") and Coastal Cocktails, Inc., a company organized under the laws of California, having a place of business at 151 Kalmus Drive, Suite H6, Costa Mesa, California 92614 (hereinafter "Coastal");

WHEREAS, Globefill has filed a lawsuit against Coastal, designated Civil Action No. 14-1486 DOC (DFMx) in the United States District Court for the Central District of California, alleging claims for federal trademark infringement and federal unfair competition (hereinafter the "Lawsuit") arising out of Coastal's sale and offer for sale of margarita mix in skull-shaped bottles as depicted in Exhibit A (the "Accused Bottles");.

WHEREAS, Coastal denies Globefill's claims and allegations in the Lawsuit;

WHEREAS, Coastal has sold hot sauce in the Accused Bottles, to which Globefill also objects; and

WHEREAS, the parties wish to amicably resolve the dispute between them concerning the facts and the claims alleged in the Lawsuit and concerning Coastal's sale of hot sauce in Accused Bottles;

NOW, THEREFORE, in consideration of the above premises and the promises and agreements set forth herein, along with other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties, each intending to be legally bound hereby, do represent, promise and agree as follows:

1. Coastal has ceased selling, offering for sale, or shipping, and agrees to continue to refrain from selling, offering for sale, or shipping margarita mix in Accused Bottles anywhere in the world.

2. Coastal represents (i) that it has an inventory of approximately 26,000 units of Accused Bottles, (ii) that it has no pending orders for Accused Bottles, (iii) that it will not place any further orders for Accused Bottles, or cause any additional Accused Bottles to be manufactured, and (iv) that it has confirmed orders for 10,000 units of hot sauce which are to be packaged in Accused Bottles and shipped from China to Europe and Australia in March and April, 2015.

3. Coastal agrees that its inventory of Accused Bottles shall be disposed of as follows: (i) 10,000 units shall be filled with hot sauce and shipped from China to Europe and Australia in March and April, 2015 to fill its orders, (ii) 10,000 units will be destroyed within fourteen days following the Effective Date, and (iii) the remaining 6,000 units will be filled with hot sauce and sold and shipped to customers in Europe and/or Australia within 180 days following the Effective Date (the "Phase-Out Period"); provided,

- 1 -

however, that if any portion of the 10,000 units mentioned in subparagraph (i), above, or the 6,000 units mentioned in subparagraph (iii), above, are still within Coastal's possession, custody or control on the day the Phase-Out Period expires, they will be destroyed.

4. Contingent upon Coastal's compliance with the terms of this Agreement, Globefill releases and discharges Coastal from any and all known claims, demands, and causes of action in law or in equity, of any kind, arising or existing on or before the Effective Date related to Coastal's sale and offering for sale of margarita mix or hot sauce in Accused Bottles.

5. Contingent upon Coastal's compliance with the terms of this Agreement, Globefill covenants not to assert any further claims, demands, actions or causes of action in law or in equity, of any kind, against Coastal, or any of its officers, directors, agents, representatives, affiliates, manufacturers, suppliers, shippers, importers or customers arising out of or relating to (i) any sales or shipments of margarita mix in Accused Bottles prior to the Effective Date, and/or (ii) any sales or shipments of hot sauce in Accused Bottles prior to the expiration of the Phase-Out Period.

6. Within ten (10) days following the Effective Date of this Agreement, Globefill will dismiss the Lawsuit without prejudice.

7. The parties each agree to bear their own expenses and attorneys' fees incurred in connection with this Agreement and the released claims associated herewith.

**Globefill Incorporated**

_____
(Signature)

JONATHAN HEMI
(Name)

MANAGING PARTNER
(Title)

FEB. 24/15
(Date)

**Coastal Cocktails, Inc.**

_____
(Signature)

MARK Greenhall
(Name)

President
(Title)

March 2, 2015
(Date)

- 2 -

Exhibit I



Home / Food & Grocery / Gift Sets / Seasonal /

## The Modern Gourmet Just Like Fire Hot Sauce, Scull Container, 24.7 FO





### Key features

Collectable Glass Scull Bottle

Quality Hot sauce



add to list ▾          add to registry ▾

## Description     Item # 08793355000P Model # MN-240620-018

Just Like Fire Hot Sauce, Scull Container, 24.7 FO
Collectable Glass Scull Bottle, Quality Hot sauce
Added on October 26, 2016

Just Like Fire Hot Sauce, Scull Container, 24.7 FO
Collectable Glass Scull Bottle, Quality Hot sauce
Would you like to provide feedback on the Product Information displayed ?

Provide Feedback

advertisement





3/3/2017　The Modern Gourmet Just Like Fire Hot Sauce | Soup Container 24750 370 | Food & Grocery - Gift Sets Seasonal Gift Sets

Case 8:17-cv-00438-AG-JCG Document 1-1 Filed 03/13/17 Page 38 of 39 Page ID #:49

## Specifications

Product Specifications

**Dimensions:**

| | |
|---|---|
| Width (in.): | 4.72 |
| Depth (in.): | 5.91 |
| Height (in.): | 7.15 |

---

## Ratings & Reviews

Our members need you...Be the first to review this product.　　Write a Review

---

## Questions & Answers

Our members can help you... Be the first to ask a question about this product.

Ask a Question

---

