EDWARD G. POPLAWSKI (SBN 113590)
epoplawski@wsgr.com
LISA D. ZANG (SBN 294493)
lzang@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

Attorneys for Defendants and Counterclaimants
COASTAL COCKTAILS, INC., dba
MODERN GOURMET FOODS, and
MARK GREENHALL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GLOBEFILL INCORPORATED, a Canadian corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>COASTAL COCKTAILS, INC., a California corporation, doing business as MODERN GOURMET FOODS, and MARK GREENHALL, an individual.<br><br>  Defendants. | CASE NO.: 8:17-cv-438 AG (JCGx)<br><br>**DEFENDANTS' CORPORATE PARTY DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendants and Counterclaimants Coastal Cocktails, Inc., doing business as Modern Gourmet Foods, and Mark Greenhall, hereby certifies and discloses that Coastal Cocktails, Inc. has no parent corporation and that no publicly held company owns 10% or more of its stock.

| | | |
|---|---|---|
| 1 | Dated: June 15, 2017 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Lisa D. Zang |
| 5 | | Lisa D. Zang |
| 6 | | Attorneys for Defendants and Counterclaimants |
| 7 | | COASTAL COCKTAILS, INC., dba MODERN GOURMET FOODS, and MARK GREENHALL |
| 8 | | |