```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA
                          SOUTHERN DIVISION


GLOBEFILL, INC.,              )
                              )
                              )
        PLAINTIFF,            )
                              )
        V.                    )
                              )
COASTAL COCKTAILS, INC.,      )
ET AL.,                       )
                              )
                              ) SA CV 17-00438-AG(JCGX)
        DEFENDANTS.           ) JANUARY 17, 2018
                              ) (2:43 P.M. TO 2:50 P.M.)
                              )
```

<u>REDACTED TRANSCRIPT</u>

SETTLEMENT CONFERENCE

BEFORE THE HONORABLE DOUGLAS F. MC CORMICK
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| APPEARANCES: | SEE NEXT PAGE |
| COURT REPORTER: | RECORDED; COURT SMART |
| COURTROOM DEPUTY: | NANCY BOEHME |
| TRANSCRIBER: | DOROTHY BABYKIN |
| | COURTHOUSE SERVICES |
| | 1218 VALEBROOK PLACE |
| | GLENDORA, CALIFORNIA 91740 |
| | (626) 963-0566 |

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

```
 1  APPEARANCES:

 2  FOR THE PLAINTIFF GLOBEFILL, INC.:

 3          BAKER & HOSTETLER LLP
            BY:  JOHN WEBER
 4               C. DENNIS LOOMIS
                 ATTORNEYS AT LAW
 5        11601 WILSHIRE BOULEVARD
           SUITE 1400
 6         LOS ANGELES, CALIFORNIA   90025

 7
    FOR THE DEFENDANT COASTAL COCKTAILS, INC.:
 8
            WILSON SONSINI GOODRICH & ROSATI PC
 9          BY:  EDWARD G. POPLAWSKI
                 LISA D. ZANG
10               ATTORNEYS AT LAW
            633 WEST FIFTH STREET
11          SUITE 1550
            LOS ANGELES, CALIFORNIA   90071
12

13  ALSO PRESENT:

14          JONATHAN HEMI
            CLIENT REPRESENTATIVE GLOBEFILL, INC.
15
            MARK GREENHALL, INDIVIDUAL AND
16          CLIENT REPRESENTATIVE, COASTAL COCKTAILS

17

18

19

20

21

22

23

24

25
```

```
                                                              3

1                           I N D E X
    SA CV 17-00438-AG(JCGX)                      JANUARY 17, 2018
2
    PROCEEDINGS:   SETTLEMENT CONFERENCE
3
```

```
 1              SANTA ANA, CALIFORNIA; JANUARY 17, 2018; 2:43 P.M.
 2              THE CLERK:  PLEASE REMAIN SEATED AND COME TO ORDER.
 3              THIS UNITED STATES DISTRICT COURT IS NOW IN SESSION.
 4              THE HONORABLE DOUGLAS F. MC CORMICK, UNITED STATES
 5    MAGISTRATE JUDGE, PRESIDING.
 6              WE'RE ON THE RECORD ON CASE SA CV 17-438.  IT'S
 7    GLOBEFILL, INCORPORATED VERSUS COASTAL COCKTAILS, INC., ET AL.
 8              COUNSEL, YOUR APPEARANCES, PLEASE.
 9              MR. WEBER:  I COULDN'T HEAR YOU.  SORRY.
10              THE COURT:  SHE'D LIKE YOU TO MAKE YOUR APPEARANCE.
11    SO, WHEN WE -- LATER ON WHEN YOU'RE TALKING, WE KNOW WHO YOU
12    ARE.
13              MR. WEBER:  JOHN WEBER AND DENNIS LOOMIS FOR
14    PLAINTIFF.
15              THE COURT:  AND WHY DON'T YOU INTRODUCE YOUR CLIENT
16    REPRESENTATIVE FOR ME TOO.
17              MR. WEBER:  JONATHAN HEMI FROM GLOBEFILL, INC.
18              THE COURT:  AND JONATHAN -- HOW DO YOU SPELL THE LAST
19    NAME?
20              MR. WEBER:  IT'S HEMI LIKE THE V8, LIKE THE OTHER
21    CHRYSLER --
22              THE COURT:  H-E -- H-E-M-I.
23              MR. WEBER:  YEAH.  HE DIDN'T -- SHE DIDN'T KNOW
24    EITHER.  H, AS IN HENRY, E, EDWARDS, M, MARY AND I, IDA.
25              THE COURT:  OKAY.
```

1         COUNSEL.

2              MR. POPLAWSKI: YES.  GOOD AFTERNOON, YOUR HONOR.

3              ED POPLAWSKI AND LISA ZANG FOR COASTAL COCKTAILS AND

4    MARK GREENHALL ALSO WITH ME AS CLIENT REPRESENTATIVE.  AND

5    INDIVIDUAL REPRESENTATIVE IS MR. GREENHALL HIMSELF.

6              THE COURT: ALL RIGHT.

7              THE RECORD WILL REFLECT WE STARTED A LITTLE BIT AFTER

8    9:00 THIS MORNING, AND NOW AT 2:45 WE'VE REACHED A SETTLEMENT

9    AGREEMENT IN THIS CASE.

10             SO, WHAT I'M GOING TO DO HERE IN A MOMENT IS I'M

11   GOING TO RECITE FROM MY NOTES THE TERMS OF THAT AGREEMENT.

12             I'M GOING TO ASK EACH OF THE LAWYERS TO -- IF I'VE

13   STATED THE TERMS OF THE AGREEMENT CORRECTLY, AND IF THERE'S

14   ANYTHING I NEED TO -- THEY NEED TO CLARIFY OR CORRECT.

15             ONCE WE GET THROUGH THAT EXERCISE, I'LL TURN TO

16   MR. HEMI AND MR. GREENHALL ON BEHALF OF THEIR CLIENTS AND ASK

17   THEM IF THEY AGREE TO THE TERMS OF THE AGREEMENT THAT I'VE

18   STATED.

19             AND, THEN, ONCE THAT'S DONE, WE'LL SEND A MINUTE

20   ORDER TO JUDGE GUILFORD, INDICATE THAT THE CASE HAS BEEN

21   RESOLVED AND THAT DISMISSAL PAPERWORK WILL BE SUBMITTED TO HIM

22   WITHIN 30 DAYS OF TODAY'S DATE.

23             SO, THE PARTIES HAVE REACHED A SETTLEMENT AGREEMENT.

24             XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

```
 1    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 2    XXXXXXXXX.
 3              XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 4    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 5    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 6    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 7    XXXXXXXXXXXXXXXXXXXXX.
 8              XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 9    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
10    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
11    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX.
12              XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
13    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
14    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
15    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
16    XXXXXX.
17              XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
18    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
19    XXXXXXXXXXXXXXXXXXXXXXXXXX.
20              XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
21    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
22    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
23    XXXXXXXXXXXXXXXXXXXXXXXX.
24              XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
25    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```

1    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX.

2         XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

3    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX.

4    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

5    XXXXXXXXXXXXXXXXXXXXXXXX.

6         XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7    XXXXXXXXXXXXXXXXXXXXX.

8         XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX.

10         XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11   XXXXXXXXXXXXXXXXXXXXXXXXXXXX.

12         XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14   XXXXXXXXXXXXXXXXXXXXX.

15         MR. WEBER, MR. LOOMIS, ON BEHALF OF COASTAL, HAVE I

16   -- I'M SORRY -- ON BEHALF OF GLOBEFILL, HAVE I STATED THE

17   TERMS OF THE PARTIES' AGREEMENT CORRECTLY.

18         MR. WEBER:  YOUR HONOR, COULD WE JUST HAVE ONE

19   MOMENT.

20         THE COURT:  YES.

21         MR. WEBER:  I JUST HAVE ONE QUESTION FROM MY

22   COCOUNSEL.

23         THE COURT:  YES.

24         (PARTIES CONFERRING.)

25         XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

```
 1    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 2    XXXXXXXXXXXXXXXXXXXXX.
 3            XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
 4    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX.
 5            WITH THAT CORRECTION, MR. POPLAWSKI, HAVE I STATED
 6    THE TERMS OF THE PARTIES' AGREEMENT CORRECTLY?
 7            MR. POPLAWSKI:  ONE CLARIFICATION, YOUR HONOR.
 8            THE COURT:  OKAY.
 9            XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
10    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
11    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
12    XXXXXXX.
13            XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
14    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
15    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
16    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
17    XXXXXXXXXXXXXXXXXXXXXX.
18            MR. WEBER, MR. LOOMIS, IS THAT YOUR UNDERSTANDING AS
19    WELL?
20            MR. WEBER:  IT IS, YOUR HONOR.
21            THE COURT:  OKAY.
22            ANY OTHER CLARIFICATIONS FOR ME, MR. POPLAWSKI?
23            MR. POPLAWSKI:  NONE, YOUR HONOR.
24            THE COURT:  ALL RIGHT.
25            AND YOU AGREE THAT THOSE ARE THE TERMS OF THE
```

```
 1  SETTLEMENT AGREEMENT?
 2            MR. POPLAWSKI:  WE DO, YOUR HONOR.
 3            THE COURT:  OKAY.
 4            LET ME TURN THEM TO MR. HEMI.
 5            MR. HEMI, ON BEHALF OF GLOBEFILL, INCORPORATED, DO I
 6  HAVE YOUR ASSENT TO THOSE SETTLEMENT TERMS?
 7            MR. HEMI:  YOU DO, YOUR HONOR.
 8            THE COURT:  ALL RIGHT.  THANK YOU.
 9            AND TURNING TO YOU, MR. GREENHALL, ON BEHALF OF
10  YOURSELF AND ON BEHALF OF COASTAL COCKTAILS, INC., DO I HAVE
11  YOUR AGREEMENT THAT THOSE ARE THE TERMS OF THE COURT'S
12  SETTLEMENT?
13            MR. GREENHALL:  YES, YOU DO.
14            THE COURT:  ALL RIGHT.
15            I BELIEVE PLAINTIFF TOLD ME THEY'RE GOING TO TAKE A
16  CRACK AT DRAFTING THE SETTLEMENT AGREEMENT DOCUMENTS.
17            AND THEY'RE GOING TO TRY TO GET THOSE TO YOU, MR.
18  POPLAWSKI AND MS. ZANG, VERY -- IN VERY SHORT ORDER.
19            AND I WILL TELL JUDGE -- JUDGE GUILFORD THAT WE ARE
20  GOING TO GET HIM THOSE DISMISSAL PAPERS, YOU KNOW, BY BASICALLY
21  THIS DATE NEXT MONTH.
22            SO, YOU KNOW, HOPEFULLY YOU ALL HAVE -- CAN GET THAT
23  TO HIM BY THE -- RIGHT AFTER THE PRESIDENT'S DAY HOLIDAY,
24  FEBRUARY 20TH, 2018.
25            MR. POPLAWSKI:  THANK YOU, YOUR HONOR.
```

```
 1                ON BEHALF OF MY CLIENTS --
 2           THE COURT:  OH, YOU DON'T NEED TO THANK ME.
 3           MR. POPLAWSKI:  -- AND MY COLLEAGUE, THANKS FOR THE
 4   HELP.
 5           THE COURT:  I GET PAID WHETHER I SETTLE THE CASE OR
 6   NOT.  BUT I APPRECIATE IT.  AND IT WAS VERY NICE TO WORK WITH
 7   ALL OF YOU.
 8           AND GOOD LUCK WITH ALL OF YOUR RESPECTIVE ENDEAVORS.
 9           I SAID SOME NASTY THINGS ABOUT VODKA AT THE BEGINNING
10   OF THE DAY, WHICH NO ONE HELD AGAINST ME.  AND, YOU KNOW, I
11   SAID SOME THINGS ABOUT HOT SAUCE AS WELL THAT NO ONE HELD
12   AGAINST ME.
13           BUT GOOD LUCK TO EVERYBODY, AND I'M GLAD WE WERE ABLE
14   TO GET SOMETHING DONE TODAY.
15           THANK YOU.
16           MR. WEBER:  THANK YOU, YOUR HONOR.
17           MR. POPLAWSKI:  THANK YOU, YOUR HONOR.
18           THE CLERK:  THIS COURT IS NOW ADJOURNED.
19           (PROCEEDINGS CONCLUDED AT 2:50 P.M.)
20
21
22
23
24
25
```

11

# C E R T I F I C A T E

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE ELECTRONIC SOUND RECORDING OF THE PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

/S/ DOROTHY BABYKIN                                   1/19/18

_____            _____

FEDERALLY CERTIFIED TRANSCRIBER              DATED

DOROTHY BABYKIN

-