JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GLOBEFILL INCORPORATED, a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>COASTAL COCKTAILS, INC., a California corporation, doing business as MODERN GOURMET FOODS, and MARK GREENHALL, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 8:17-cv-438 AG (JCGx)<br><br>**FINAL JUDGMENT AND INJUNCTION ON CONSENT AND DISMISSAL** |

The parties to the above action (the "Action"), having through mediation on January 17, 2018, reached an agreement resolving and settling all claims and counterclaims in the Action, such agreement including the parties' stipulation to this Final Judgment and Injunction on Consent and Dismissal; the Court, being fully advised in the premises; and GOOD CAUSE appearing, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the parties and the subject matter of this Action.

2. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(a).

3. As to only the claims of Plaintiff Globefill Incorporated ("Globefill") for federally registered trademark infringement, trade dress infringement, copyright infringement, and design patent infringement against only Defendant Coastal Cocktails, Inc. ("Coastal Cocktails"), the packaging depicted in Exhibit A hereto and the packaging depicted in Exhibit B hereto (such packaging collectively referred to herein as the "Accused Packaging") infringes upon United States Patent and Trademark Office ("USPTO") Trademark Registration No. 4043730; the alleged trade dress; United States Copyright Registration No. VA 1-766-939; and USPTO Design Patent No. D598,360.

4. The Court has not adjudicated the validity or enforceability of the intellectual property identified in paragraph 3 above.

5. All claims and counterclaims in this action are dismissed WITH PREJUDICE, except for Defendants' counterclaims for declaratory judgment of trade dress and trademark invalidity and unenforceability, declaratory judgment of copyright invalidity and unenforceability, and declaratory judgment of patent invalidity and unenforceability, which are dismissed WITHOUT PREJUDICE.

6. Defendant Coastal Cocktails, Inc., its agents, servants, employees, and all persons in active concert or participation with it who receive actual notice of

this injunction, are immediately and permanently enjoined and restrained from producing, inducing the production of, distributing, selling, and/or offering to sell any cocktail mix or hot sauce in the Accused Packaging in the United States.

7. Each party will bear its own expenses and attorneys' fees incurred in connection with this Action.

8. The Court retains jurisdiction to enforce the provisions of this Judgment and Dismissal.

**IT IS SO ORDERED.**

Dated: June 26, 2018  _____

U.S. DISTRICT JUDGE
ANDREW J. GUILFORD